**Order entered November 7, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01268-CR

**JENNIFER FOLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 26th District Court**
**Williamson County, Texas**
**Trial Court Cause No. 14-0094-K26**

## ORDER

Before the Court is the October 25, 2018 motion to withdraw as counsel filed by appellant's retained counsel, Jeremiah Walters. In his motion, Walters requests permission to withdraw on the grounds he is not qualified to represent appellant on appeal.

By filing the notice of appeal, Walters became appellant's appellate counsel. *See* TEX. R. APP. P. 6.1(a). This Court may, on appropriate terms and conditions, permit an attorney to withdraw from representation. *See* TEX. R. APP. P. 6.5. The motion to withdraw, however, must comply with the requirements of rule 6.5. The motion before the Court does not comply with rule 6.5 in that it does not contain a statement showing that a copy of the motion was delivered to appellant, either by hand delivery or through both certified and first-class mail, and it does not

contain a statement that appellant was notified in writing of her right to object to the motion. *See* TEX. R. APP. P. 6.5(a)(3-4), (b).

Because the motion does not comply with the requirements of the rules of appellate procedure, the motion to withdraw is **DENIED** without prejudice to refiling a motion that conforms to rule 6.5.

/s/ LANA MYERS
   JUSTICE